

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2014

No. 04-14-00656-CV

**IN RE FAMILY DOLLAR STORES OF TEXAS, LLC,**
A Texas Limited Liability Company

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Karen Angelini, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

On September 18, 2014, relator filed a petition for writ of mandamus and motion for emergency temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court no later than October 6, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary relief is GRANTED. The current trial setting of October 6, 2014, in the underlying matter is TEMPORARILY STAYED pending final resolution of the petition filed in this court.

It is so **ORDERED** on September 22th, 2014.      PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 391473, styled *2444 Babcock, Ltd., a Texas Limited Partnership v. Family Dollar Stores of Texas, LLC, a Texas Limited Liability Company*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.